UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LINDA H.,

    Plaintiff,

v.                                                                No. 5:22-CV-006-H-BR

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a

Recommendation (FCR) that the Commissioner's decision be affirmed.  No objections were

filed.  The District Court has reviewed the FCR for plain error.  Finding none, the Court

accepts and adopts the FCR.  The plaintiff's claim is dismissed with prejudice.

So ordered on November __4__, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE